PD-0158-15

PD-0158-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/9/2015 2:33:59 PM
Accepted 2/11/2015 3:30:47 PM
ABEL ACOSTA
CLERK

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

JESUS TERRAZAS

Appellant,  § Eighth Court of Appeals
§ No. 08-12-00231-CR
vs. § Appeal from the 346h District
§Court of El Paso County, Texas
THE STATE OF TEXAS, § TC No. 20050D02246
§
Appellee. §

## MOTION FOR EXTENSION OF TIME TO FILE
## PRO SE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant files this motion for an extension of 60 days in which to file a petition for discretionary review. In support of this motion, Appellant would show the Court the following:

**I.**

The Appellant was charged with aggravated sexual assault in cause no. 20050D02246, styled *The State of Texas v. Jesus Terrazas*, before the 346th District Court of El Paso County, Texas, the Honorable Angie Juarez Barill, judge presiding. Appellant pled not guilty. He was found guilty by a jury. At punishment, the trial court assessed his punishment at sixty years in prison. On July 6, 2012 Appellant filed a timely notice of appeal. The Eighth Court of Appeals affirmed the trial court's judgment on October 8, 2014. A motion for

rehearing was timely filed on January 6, 2015 and denied on January 21, 2015.

## II.

The deadline for filing a petition for discretionary review in this case is **February 20, 2015. Appellant** requests a ***60* day extension** of time until April 21, 2015 for Appellant to file a petition for discretionary review. This is the first requested extension.

## III.

Appellant's request for an extension is based upon the following facts:

Appellant was represented by retained counsel on direct appeal to the Eighth Court of Appeals. Counsel's contract does not include filing a petition for discretionary review. Consequently, Appellant is proceeding pro se and he needs additional time to be able to properly prepare and present his petition to this Court.

The undersigned counsel respectfully requests a 60 day extension of time on behalf of Appellant, in order for Appellant to properly prepare and present Appellant's Pro Se Petition for Discretionary Review.

Counsel prays that the Court grant this Motion and extend the deadline for Appellant to file a Pro Se petition for discretionary review to April 21, 2015.

Respectfully submitted,

/s/ Ruben P. Morales
RUBEN P. MORALES
Attorney for Appellant
State Bar No. 14419100
718 Myrtle Avenue
El Paso, Texas 79901
(915) 542 - 0388
(915) 225 - 5132 fax
rbnpmrls@gmail.com

## CERTIFICATE OF SERVICE

I, RUBEN P. MORALES, certify that a copy of this motion has been delivered to the District Attorney's Office, 500 E. San Antonio St., Room 201, El Paso, Texas 79901, mailed to Appellant, Jesus Terrazas, William P. Clements Unit, 9601 Spur 591, Amarillo, TX 79107, and emailed to the State Prosecuting Attorney, to information@spa.texas.gov on February 9, 2015.

/s/ Ruben P. Morales
RUBEN P. MORALES